**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:95CR170** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **DARIUS MOSS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant Darius Moss's Motion to Proceed In Forma Pauperis on Appeal (Filing No. 303). On November 28, 2012, this Court denied the Defendant's Motion to Void Judgment for Lack of Jurisdiction under Rule 60(b)(4) (Filing No. 301).

IT IS ORDERED that the Defendant Darius Moss's Motion to Proceed In Forma Pauperis on Appeal (Filing No. 303) is denied as frivolous.

DATED this 26th day of December, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge